UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robert W. Parker

    v.                                          Case No. 25-cv-59-JL-AJ

Marilyn Jarvis, et al.

ORDER

After due consideration of the objections filed, I herewith approve the Supplemental Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 16, 2025.

_____
Joseph N. Laplante
United States District Judge

Date: July 2, 2025

cc: Robert W. Parker, pro se
    Counsel of Record